Form 1A
(10/05)

# United States Bankruptcy Court

District Of \_\_\_\_Illinois\_\_\_\_

In re \_\_\_\_ZHOU, Yi\_\_\_\_
Debtor

Case No 07-72768

Chapter _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 299.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 50     Check one  ☑ With the filing of the petition, or
                       ☐ On or before _____

   $ 50 \_\_\_\_ on or before \_\_Feb, 1st\_\_

   $ 50 \_\_\_\_ on or before \_\_May 1st\_\_

   $ 149 \_\_\_\_ on or before \_\_Aug 1st\_\_

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

X _[signature]_

Signature of Attorney    Date              Signature of Debtor                              Date
                                           (In a joint case, both spouses must sign.)

Name of Attorney                           Signature of Joint Debtor (if any)              Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 13 2007

KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____Illinois___

In re ___ZHOU, Yi___,
        Debtor

Case No. _____

Chapter _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __50__    Check one ☒ With the filing of the petition, or
                           ☐ On or before _____

$ __50__ on or before __Feb. 1st__

$ __50__ on or before __May 1st__

$ __149__ on or before __Aug 1st__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court

Date: __11/12/07__

_____ 11/13/07
*United States Bankruptcy Judge*